UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY WAYNE YOUNG,

    Petitioner,

  v.

MATTHEW CATE, Secretary of CDCR,

    Respondent.
                                   /

No. C 11-6696 SI (pr)

**ORDER OF TRANSFER**

      Jerry Wayne Young, an inmate at Mule Creek State Prison in Ione, has filed a petition for writ of habeas corpus to challenge his conviction from San Diego County Superior Court. San Diego County lies within the venue of the Southern District of California. The facility Young is incarcerated at is in Amador County, within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Because the conviction occurred in the Southern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Southern District of California. The clerk shall transfer this matter forthwith.

      IT IS SO ORDERED.

DATED: February 7, 2012

                                                           SUSAN ILLSTON
                                                           United States District Judge